Case # ~~6:23-cv-736-PGB-LHP~~

*Unconstitutional (Billable Hours) Work to Deny Financial Wealth-Recovery

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

* My Grandfathers Oil Stock Intentionally Spitefully used & Misused attacked Dismantling the United States Economy

Political
* Aslym needed so that they won't continue to harm me
* They Intend to Kill - Retaliation

# UNITED STATES DISTRICT COURT

for the

__________ District of __________

__________ Division

FILED 2023 MAY 26 PM 12:16 CLERK, US DISTRICT COURT MIDDLE DISTRICT FLORIDA ORLANDO FL

Cynthia Denise Benefield

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

* 2 Circuit Court Judges, CBS, NBC, CBN Network (Televisions Networks)
* 3 Juris Magistrate Judges, Black Code ENT

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. __________ *(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

* These people were allowed off work to shred docs, Remove videotapes surveillance tapes and Audio tapes

~~Amended~~

## COMPLAINT FOR A CIVIL CASE

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Cynthia Denise Benefield |
| Street Address | Unable to Disclose |
| City and County | Jacksonville FL, Orlando FL Duval Orange |
| State and Zip Code | |
| Telephone Number | 407-641-6300 |
| E-mail Address | ~~cindydbenefield~~ cindydbenefield@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

These persons are listed as Intent to harm/Kill

Defendant No. 1

| | |
|---|---|
| Name | Cassandra (Bartlet) Smith |
| Job or Title *(if known)* | Voice Over Artist |
| Street Address | Not Known |
| City and County | Jax, Duval, ORL, Orange |
| State and Zip Code | Florida, 32217 |
| Telephone Number | 904-517-3455 ? |
| E-mail Address *(if known)* | Not Known |

Defendant No. 2

| | |
|---|---|
| Name | Reginald Keith Blount |
| Job or Title *(if known)* | City Councilman |
| Street Address | Address Not Known |
| City and County | Jax, Orl, Duval, Orange |
| State and Zip Code | Florida 32209, 32801 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Eric Walker |
| Job or Title *(if known)* | |
| Street Address | Not Available |
| City and County | Jax, Duval, Texas Harris |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Judge Marilyn Milan |
| Job or Title *(if known)* ? | Miami Dade Circuit |
| Street Address | Not Known |
| City and County | |
| State and Zip Code | Florida |
| Telephone Number | Not Known |
| E-mail Address *(if known)* | Not Known |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Against the (Treaty of Ghent) (Transparency) All Financial Interests are/were unconstitutional Laws, Discriminatory and Spiteful and Financial Ruining of me, sons, daughters and their children " Reeling stock, Banks, Bankrupting me

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Cynthia D Benefield, is a citizen of the State of *(name)* Florida.

   b. If the plaintiff is a corporation

   VOID

   The plaintiff, *(name)* The TV Networks, is incorporated under the laws of the State of *(name)* Florida, and has its principal place of business in the State of *(name)* __________.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual (Entertainment Community)

   The defendant, *(name)* TV Court Judges, is a citizen of the State of *(name)* Florida. Or is a citizen of *(foreign nation)* N/A.

b. If the defendant is a corporation

The defendant, *(name)* Entertainment, is incorporated under the laws of the State of *(name)* Community, and has its principal place of business in the State of *(name)* Florida. Or is incorporated under the laws of *(foreign nation)* Not Sure, and has its principal place of business in *(name)* Not Sure.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy 200 Trillion Dollars

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

* Denied my Fathers Oil Stk investments & Stock & Land

* Well over 200 Trillion Dollars, in Oil Stock Beyonce Knowles Singer & Cassandra Smith Oprah Winfrey has Series 7, 9, 8 License to Release Oil Stock to my family but she Denied, Refused to Release the Oldest Stock in the world to Bill Gates Instead That Stock is Mine

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

* Denied Attorney, Denied money, Closed business
* Denied Socioeconomic Growth by TV Judges, Oprah, Cassandra Removing, changing the Name on my Grandfather's Stock and using this (these) valuable stock. Messing with United States Economy Fueled by Discrimination and Jealousy
* Denied Signing Signature Traced and Forged

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

- Redlining Damages
- Children Damages
- Health Damages
- Job History Damages
- Housing
- Transpo Damage
- Security Leak Damages

Damages are 25 yrs Sleep Deprivations - Team Effort making obtaining a lawyer impossible
* 25 yrs unstable work history (making obtaining my inheritance) my Grandfather's Stock was set aside For me to continue Grow
* Denied Housing, Transportation, Monies to get to Winn (Dixie Stores) to acquire my Inheritance / My Fathers Employer (ABM) (Winn Dixie Store) Overtaken by several TV Show Judges - (Redlining) Me & 3, 4, 5, 6 Generations by →

2) * Cassandra Smith + Beyonce Knowles Removed me from my Father's/Grandfather's Last Will + Testament to make themselves "HEIR" to my father's Financial/UK Kingdom

1) * Removing my dad's Employment history of 56yrs @ Winn Dixie His Stock options showed that I, Cynthia was owner of Stock in Miami FL. and I was Unaware, The (some of) Oldest of the Kardashians continue to Research my Father's, Grandfather's Stock then convert in into their Lives while I'm being blocked, harrassed, Denied Access to Financial Help be it transportation/cars, Monies for Attorney

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: ____________________

Signature of Plaintiff ____________________

Printed Name of Plaintiff ____________________

### B. For Attorneys

Date of signing: ____________________

Signature of Attorney ____________________

Printed Name of Attorney ____________________

Bar Number ____________________

Name of Law Firm ____________________

Street Address ____________________

State and Zip Code ____________________

Telephone Number ____________________

E-mail Address ____________________