**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

CYNTHIA DENISE BENEFIELD,

        Plaintiff,

v.                                                      Case No.: 6:23-cv-976-WWB-DCI

2 CIRCUIT COURT JUDGES, CBS,
NBC, CBN NETWORK, 3 JURIS
MAGISTRATE JUDGES, BLACKCODE
ENT, CASSANDRA (BATTLE) SMITH,
REGINALD KEITH BLOUNT, ERIC
WALKER and MARILY MILAN,

        Defendants.
_____/

## ORDER

THIS CAUSE is before the Court upon *sua sponte* review of the record. On August 2, 2023, the Court entered an Order (Doc. 6) dismissing Plaintiff's Complaint (Doc. 1) without prejudice and ordering Plaintiff to file an amended pleading on or before August 16, 2023. (Doc. 6 at 2). Plaintiff was warned that the failure to do so might result in the dismissal of this case without further notice. (*Id.*). Plaintiff did not timely file an amended pleading. Therefore, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice**. The Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** in Orlando, Florida on September 19, 2023.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party